**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**JAMES HANNON,**

      **Plaintiff,**

**v.**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

                      **Case No. 2:12-cv-463**
                      **JUDGE GREGORY L. FROST**
                      **Magistrate Judge Kemp**

## ORDER

This action seeks review under 42 U.S.C. § 405(g) of a final decision of the Commissioner of Social Security denying Plaintiff James Hannon's application for supplemental security income. On July 11, 2013, the Magistrate Judge issued a Report and Recommendation, in which he recommended that Plaintiff's statement of errors (ECF No. 19) and his motion for summary judgment (ECF No. 23) be overruled and that the Court enter judgment in favor of Defendant Commissioner of Social Security. (ECF No. 24.)

The Report and Recommendation advised the parties of their right to object to the Magistrate Judge's recommendation and of the consequences of their failure to do so. Specifically, the Magistrate Judge advised the parties that failure to object to the Report and Recommendation will result in a waiver of the right to *de novo* review by the District Judge and of the right to appeal the District Court's decision adopting the Report and Recommendation. (ECF No. 24 at PageID# 677.) Despite this advisement, there has been no objection to the Report and Recommendation.

The Court has reviewed the Report and Recommendation. Noting that no objections have been filed and that the time for filing such objections has expired, the Court **ADOPTS** the

1

Report and Recommendation (ECF No. 24), **OVERRULES** Plaintiff's Statement of Errors (ECF

No. 19) and "motion for summary judgment" (ECF No. 23), and **AFFIRMS** the Commissioner's

decision.

**IT IS SO ORDERED**.

  /s/ Gregory L. Frost
GREGORY L. FROST
UNITED STATES DISTRICT JUDGE